D717348

# CITATION

| | |
|---|---|
| ONETHA  GREEN | Tenth Judicial District Court |
| VS | Parish of Natchitoches |
| AFFORDABLE RENT-TO-OWN, LLC., ET AL | State of Louisiana |
| Docket Number: C-85783 A | |

RECEIVED

JAN 17 2013

Arthur J. Gallagher
Risk Management Services, Inc.

---

TO:   AFFORDABLE RENT-TO-OWN, LLC
      THROUGH ITS AGENT FOR SERVICE OF PROCESS, PETER J. LOSAVIO, JR.
      8414 BLUEBONNET BLVD., STE. 110
      BATON ROUGE, LA  70810

---

YOU HAVE BEEN SUED.

Attached to this Citation is a certified copy of the Petition.  The petition tells you what you are being sued for.

You must EITHER do what the petition asks, OR, within FIFTEEN (15) days after you have received these documents, you must file an answer or other legal pleadings in the Office of the Clerk of this Court at the Natchitoches Parish Courthouse, in the City of Natchitoches in said Parish.

If you do not do what the petition asks, or if you do not file an answer or legal pleading within FIFTEEN (15) days, judgment may be entered against you without further notice.

Witness the Honorable Judges of our said Court on this the 8th day of January, 2013.

Louie Bernard, Clerk of Court

BY:  _____
     Deputy Clerk
     Natchitoches Parish

ATTORNEY:

B. TREY MORRIS

ATTACHMENTS:

CERTIFIED COPY OF PETITION FOR DAMAGES

### NOTICE

Access to the Natchitoches Parish Courthouse is available to those persons with disabilities who require a ground level entrance through the St. Denis Street entrance.  To request special accommodation call the Clerk of Court at (318) 352-8152 or the office of the Chief Judge at (318) 357-2210.  The following facilities are available to persons with disabilities:

*Ground level access at St. Denis Street entrance to courthouse
*Handicapped accessible elevator to all floors
*Wheelchair accessible doors to courtrooms

Rcvd 1/15/13

*original signed copy*

FILED BY FAX
LOUIE BERNARD, CLERK
10TH JDC, NATCHITOCHES PARISH
FILED:

2012 DEC 27 P 2: 24

*12-26*, 2012, *1:21 P.*M.

ONETHA GREEN                          :          SUIT NUMBER  *85783  A*

VERSUS                                :          10TH JUDICIAL DISTRICT COURT

AFFORDABLE RENT-TO-OWN, L.L.C.  :          NATCHITOCHES PARISH, LOUISIANA
and DAVE ANDREW

### ORIGINAL PETITION FOR DAMAGES

The petition of ONETHA GREEN, of the full age of majority, domiciled in Natchitoches

Parish, Louisiana, with respect represents:

1.

Made defendants herein are:

A.    AFFORDABLE RENT-TO-OWN, L.L.C., a domestic limited liability company
      authorized to do and doing business in the State of Louisiana; and

B.    DAVE ANDREW, of the full age of majority and domiciled in Natchitoches
      Parish, Louisiana.

2.

Upon information and belief, defendant, AFFORDABLE RENT-TO-OWN, L.L.C., owns

and operates a furniture rental establishment located at 311C South Drive, Natchitoches,

Natchitoches Parish, Louisiana 71457.

3.

Sometime prior to December 29, 2011, plaintiff, ONETHA GREEN, rented furniture

from defendant, AFFORDABLE RENT-TO-OWN, L.L.C.

4.

It is alleged upon information and belief that the defendant, DAVE ANDREW, was in the

course and scope of his employment with defendant, AFFORDABLE RENT-TO-OWN, L.L.C.,

at the time of the incident. As an employer, AFFORDABLE RENT-TO-OWN, L.L.C., is

vicariously liable for all negligent acts of its employees.

5.

On or about December 29, 2011, agents of defendant, AFFORDABLE RENT-TO-OWN,

L.L.C., arrived at plaintiff's residence.  Plaintiff was informed by these agents that she could

have one more day to make a payment.  Agents then proceeded to walk away.  After the door

was shut, the agents came back.  Plaintiff opened the door slightly and defendant, DAVE

ATTEST A TRUE COPY
This the ___ day of Jan. 2013
LOUIE BERNARD, CLERK, 10th JDC, LA
By: _____ D. Clerk

ANDREW, put his foot between the door and the door jam and began demanding that he be allowed into the residence so he could remove the furniture.  Plaintiff told him he could not have the furniture and asked DAVE ANDREW to remove his foot from the door.  As plaintiff was closing the door, defendant DAVE ANDREW shoved the door so hard that it pinned plaintiff against the closet door, injuring her shoulder.  Realizing he had injured plaintiff, DAVE ANDREW left the premises.

6.

The actions of defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, constituted false, deceptive and misleading representations.

7.

The actions of defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, constituted abusive debt collection practices and/or the natural consequence of such actions were to harass, oppress and abuse plaintiff, ONETHA GREEN.

8.

Furthermore, the actions of defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, constituted a threat of violence as well as the use of violence to collect a debt.

9.

Plaintiff, ONETHA GREEN, suffered physical and emotional damages as a result of these actions.

10.

Such actions as described throughout the petition and in the preceding four paragraphs are a violation of the Fair Debt Collection Practices Act, 15 USC 1692.  As such plaintiff is entitled to the actual damages she suffered as well as additional statutory damages, court costs and attorney's fees.

11.

The actions and conduct of defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, on December 29, 2011 with regard to its customer, plaintiff, ONETHA GREEN, were unfair practices in the conduct of trade or commerce in that such actions and

2

conduct are offensive to public policy, immoral, unethical, oppressive, unscrupulous and injurious to the customer.

12.

Furthermore, the action and conduct of defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, on December 29, 2011 constituted an attempted wrongful seizure by use of force as well as an attempted repossession without resort to proper legal process.

13.

Petitioner, ONETHA GREEN, suffered damages, physical and mental, from the actions of defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, as a result of the incident described above, which injuries required, and continue to require, medical treatment.

14.

The actions and conduct of defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, as described throughout this petition as well as in the three preceding paragraphs constitute Unfair Trade Practices as defined in Louisiana Revised Statutes 51:1401, et seq. As such, defendants are liable for the actual damages suffered as a result of its violation of LA R.S. 51:1401, et seq., as well as all court costs and attorney's fees incurred due to this violation.

15.

Petitioner, ONETHA GREEN, itemizes her damages in the following non-exclusive particulars, to-wit:

    a.    Past, present and future physical pain and suffering;

    b.    Past, present and future mental pain and suffering, and emotional distress;

    c.    Embarrassment;

    d.    Past, present and future medical expenses;

    e.    Loss of wages and economic opportunity; and

    f.    Loss of enjoyment of life.

16.

Plaintiff shows that it will be necessary to use medical and other expert witnesses at trial and their fees, together with any expenses for the taking of their depositions, should be fixed and taxed as cost in these proceedings.

17.

Plaintiff shows that defendant, AFFORDABLE RENT-TO-OWN, L.L.C., should be ordered to produce a certified copy of its insurance policy or policies, including all riders and attachments, pertaining to the instant litigation, and provide to undersigned counsel.

18.

It is alleged upon information and belief that the value of the claims of plaintiff, ONETHA GREEN, exceeds the sums necessary for trial by jury.

19.

Defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, are liable unto plaintiff, ONETHA GREEN, for reasonable damages, together with legal interest thereon from date of judicial demand until paid, and for all costs of these proceedings, including fees of medical and other expert witnesses, together with any expenses for the taking of their depositions.

WHEREFORE, plaintiff, ONETHA GREEN, prays that that citation issue and service be made on defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, and that they be duly cited to appear and answer same.

FURTHER PRAYS that after all due proceedings had, there be judgment herein in favor of plaintiff, ONETHA GREEN, and against defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, for such sums as are reasonable in the premises, together with interest thereon at the legal rate from the date of judicial demand until paid, including fees of medical and other expert witnesses, together with any expenses for the taking of their depositions.

FURTHER PRAYS that there be judgment herein in favor of plaintiff, ONETHA GREEN, and against defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE

4

ANDREW, for actual damages plaintiff suffered as well as additional statutory damages, court costs and attorney's fees as stated above.

FURTHER PRAYS that defendant, AFFORDABLE RENT-TO-OWN, L.L.C., be ordered to produce a certified copy of its insurance policy or policies, including all riders and attachments, pertaining to the instant litigation, and same should be produced and forwarded to B. Trey Morris at 509 Milam Street, Shreveport, Louisiana, in fifteen days.

FURTHER PRAYS that defendants, AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW, be cast with all costs of these proceedings, including fees of medical and other expert witnesses, together with any expenses for the taking of their depositions.

FURTHER PRAYS for all other general and equitable relief in the premises.

SIMMONS, MORRIS & CARROLL, LLC

BY: _____
B. TREY MORRIS, APLC (#28162)
ANDREW C. JACOBS (#26347)
JUSTIN C. DEWETT (#33095)
G. ADAM SAVOIE (#32676)
509 Milam Street
Shreveport, LA   71101
(318) 221-1507 (telephone)
(318) 221-4560 (telecopier)

ATTORNEYS FOR ONETHA GREEN

PLEASE SERVE:

AFFORDABLE RENT-TO-OWN, L.L.C.
Through its Agent for Process of Service
Peter J. Losavio, Jr.
8414 Bluebonnet Boulevard, Suite 110
Baton Rouge, Louisiana 70810

DAVE ANDREW
c/o 311C South Drive
Natchitoches, Louisiana   71457

5

| | | |
|---|---|---|
| ONETHA GREEN | : | SUIT NUMBER  85783 A |
| VERSUS | : | 10TH JUDICIAL DISTRICT COURT |
| AFFORDABLE RENT-TO-OWN, L.L.C. and DAVE ANDREW | : | NATCHITOCHES PARISH, LOUISIANA |

## O R D E R

IT IS ORDERED that defendants be served with a copy of this petition and be cited to appear and answer same.

IT IS FURTHER ORDERED that defendant, AFFORDABLE RENT-TO-OWN, L.L.C., produce a certified copy of its insurance policy or policies, including all riders and attachments, pertaining to the instant litigation, and forward to B. Trey Morris at 509 Milam Street, Shreveport, Louisiana 71101, within fifteen days.

Thus done and signed in Natchitoches, Natchitoches Parish, Louisiana, on this 21 day of January, 20 13 .

DISTRICT JUDGE

6

225 769 2864          LOSAVIO P J JR LTD                                    12:38:02 p.m.   01-16-2013        10/10

*original signed copy*

FILED BY FAX
LOUIE BERNARD, CLERK
10TH JDC, NATCHITOCHES PARISH

FILED:

12/26, 2012 1:21 P.M.

2012 DEC 27 P 2:24

ONETHA GREEN                              :     SUIT NUMBER  85783 A

VERSUS                                    :     10TH JUDICIAL DISTRICT COURT

AFFORDABLE RENT-TO-OWN, L.L.C.   :     NATCHITOCHES PARISH, LOUISIANA
and DAVE ANDREW

## REQUEST FOR NOTICE OF TRIAL, FINAL JUDGMENT, AND INTERLOCUTORY JUDGMENTS OR ORDERS

NOW INTO COURT, through undersigned counsel, comes and appears ONETHA GREEN, plaintiff in the above captioned cause, who requests that ten (10) days written notice of the trial be furnished in accordance with Article 1572 of the Louisiana Code of Civil Procedure and that written notice of any final judgment or any interlocutory judgment or order be furnished in accordance with Articles 1913 through 1917 of the Louisiana Code of Civil Procedure.

Respectfully submitted,

SIMMONS, MORRIS & CARROLL, L.L.C.

By: _____
B. TREY MORRIS, APLC (#28162)
ANDREW C. JACOBS (#26347)
JUSTIN C. DEWETT (#33095)
G. ADAM SAVOIE (#32676)
509 Milam Street
Shreveport, LA 71101
Telephone: (318) 221-1507
Facsimile: (318) 221-4560

ATTORNEYS FOR ONETHA GREEN